**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mitchell Lancman, | Civil No. 07-2102 (RHK/JSM) |
| Plaintiff, | **ORDER FOR JUDGMENT OF DISMISSAL** |
| v. | |
| Gurstel, Staloch & Chargo, PA, | |
| Defendant. | |

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements, or attorney's fees to any party.

Dated: May 22, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge